J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:  (818) 502-3201

Attorneys for Plaintiffs
Twentieth Century Fox Film Corporation and
Warner Bros. Entertainment Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Twentieth Century Fox Film Corporation ) Case No.: **CV10· 09748** JHN(JEM)
and Warner Bros. Entertainment Inc., )
                                       )
                    Plaintiffs,        ) COMPLAINT FOR COPYRIGHT
                                       ) INFRINGEMENT
        v.                             )
                                       ) DEMAND FOR A JURY TRIAL
Gordon Greenup a/k/a Gordie Greenup,   )
an individual and d/b/a                )
www.bygonevideo.com and Does 1         )
through 10, inclusive,                 )
                                       )
                    Defendants.        )

Plaintiffs Twentieth Century Fox Film Corporation ("Fox") and Warner

Bros. Entertainment Inc. ("Warner Bros.") (collectively "Plaintiffs") for their

Complaint allege as follows:

**A.    Jurisdiction and Venue**

    1.    Plaintiffs bring this action pursuant to 17 U.S.C. §§ 101, *et seq*. The

Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331 and

§ 1338(a).

    2.    The events giving rise to the claim alleged herein occurred, among other

places, within this judicial district.  The brunt of the harm caused by Defendants'

conduct was felt in this District where Plaintiffs are located, and where the Defendants intended that the harm be felt.  Venue in the Central District of California is proper pursuant to 28 U.S.C. § 1391(b) and § 1400(a).

**B.**   **Introduction**

3.    Plaintiffs produce, distribute and/or own various creative works, including, but not limited to, motion pictures and television shows (the "Fox Works" and the "Warner Bros. Works") (collectively the "Plaintiffs' Works") that are entitled to copyright protection.  Defendants, through various online venues, distribute, promote, offer for sale and sell unauthorized copies of the Plaintiffs' Works (the "Unauthorized Media Product").  Plaintiffs are informed and believe, and based thereon allege, that this infringing activity is systematic and willful. Plaintiffs ask that this Court enjoin that activity and order Defendants to pay damages pursuant to the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.* (the "Copyright Act.").

**C.**   **Plaintiffs**

4.    Fox is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Los Angeles, California.

5.    Fox and certain of its subsidiaries and/or affiliated companies are engaged in a variety of businesses including, without limitation, the production and distribution of motion pictures and television programs.

6.    Fox owns, co-owns, and or has exclusive rights under the Copyright Act to the Fox Works, including the rights to reproduce, distribute or license the reproduction and distribution of the Fox Works in home video format in the United States, including, but not limited to, those Fox Works that are the subject of the following copyright registrations, attached hereto as Exhibit "A".  Home video format includes video cassettes, video laser discs, digital versatile discs ("DVDs"), video compact discs ("VCDs") and Blu-ray discs ("Blu-ray").

7.     Warner Bros. is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Burbank, California.

8.     Warner Bros. and certain of its affiliated companies are engaged in a variety of businesses including, without limitation, the production and distribution of motion pictures and television programs.

9.     Warner Bros. owns exclusive rights under the Copyright Act to the Warner Bros. Works, including the rights to reproduce, distribute or license the reproduction and distribution of the Warner Bros. Works in home video format in the United States, including, but not limited to, those Warner Bros. Works that are the subject of the following copyright registrations, which are attached hereto as Exhibit "B". Home video format includes video cassettes, video laser discs, digital versatile discs ("DVDs"), video compact discs ("VCDs") and Blu-ray discs ("Blu-ray").

10.     The expression and other distinctive features of the Plaintiffs' Works are wholly original with Plaintiffs, their licensors and/or assignors and, as fixed in various tangible media, are copyrightable subject matter under the Copyright Act.

11.     Plaintiffs and any copyright co-owners, or any predecessor-in-interest, have complied in all respects with the laws governing copyright and have secured the exclusive rights and privileges in and to the Plaintiffs' Works, and Plaintiffs hold certificates of registration and/or secured exclusive licenses or assignments to reproduce, distribute and license the Plaintiffs' Works throughout the United States.

12.     The Plaintiffs' Works have been manufactured, sold and/or otherwise distributed in conformity with the provisions of the copyright laws. Plaintiffs and those acting under their authority have complied with their obligations under the copyright laws, and Plaintiffs, in their own right or as successor-in-interest, have at all times been and still are the owners or co-owners of, or otherwise authorized to

enforce, all right, title and interest in and to the copyrights or to enforce their exclusive rights for home video distribution in each of the Plaintiffs' Works.

### D.   Defendants

13.   Defendant Gordon Greenup, also known as Gordie Greenup, ("Greenup") is an individual and doing business as www.bygonevideo.com. Plaintiffs are informed and believe that Greenup is a resident of Elkton, in the State of Kentucky. Plaintiffs are further informed and believe, and upon that basis allege, that Greenup transacts business as www.bygonevideo.com (the "Website") and Bygone Video. Greenup, through his online identity, does business in this judicial district through offers and sales of the Unauthorized Media Product in the City and County of Los Angeles, among other places.

14.   Upon information and belief, Does 1 - 10 are either entities or individuals who are residents of or present in this judicial district, and are subject to the jurisdiction of the Court. Upon information and belief, Does 1 – 10 are principals, supervisory employees, or suppliers of one or the other named defendants or other entities or individuals who, in this judicial district, are manufacturing, distributing, selling and/or offering for sale merchandise which infringes the Plaintiffs' exclusive rights under copyright in the Plaintiffs' Works. The identities of the various Does are unknown to Plaintiffs at this time. The Complaint will be amended to include the names of such individuals when identified. Greenup and Does 1 – 10 are collectively referred to herein as "Defendants."

### E.   Defendants' Infringing Activities

15.   Defendants have copied, reproduced, distributed, advertised, sold and/or offered to distribute or sell and continue to copy, reproduce, distribute, advertise, sell and/or offer to distribute or sell unauthorized copies of motion pictures owned by Plaintiffs, including, but not necessarily limited to, the Plaintiffs' Works identified in paragraphs 6 and 9, above. Defendants do so using the Website. The copies of

Plaintiffs' Works sold by Defendants are obviously counterfeit.  The Unauthorized Media Product sold by Defendants fails to conform to the packaging and file structures characteristics of Plaintiffs' legitimate home video products.  Furthermore, not all the Plaintiffs' Works have been released in optical disc format.

16.   Defendants have not been authorized by Plaintiffs to reproduce, distribute, sell or offer for distribution or sale any of the Plaintiffs' Works.

17.   By engaging in this conduct, Defendants have acted in willful disregard of laws protecting Plaintiffs' copyrights.  Plaintiffs have sustained and will continue to sustain substantial damage to the value of their creative works, specifically including the Plaintiffs' Works.

**F.    Plaintiffs' Damages**

18.   Plaintiffs are informed and believe, and upon that basis allege, that the Defendants have each obtained gains, profits and advantages as a result of their infringing activity in amounts within the jurisdiction of the Court.

19.   Plaintiffs are informed and believe, and upon that basis allege, that they have suffered and continue to suffer direct and actual damages as a result of Defendants' infringing conduct, in amounts within the jurisdiction of the Court. In order to determine the full extent of such damages, including such profits as may be recoverable under 17 U.S.C. § 504, Plaintiffs will require an accounting from each Defendant of all monies generated from the promotion, display, distribution, sale and offer for sale or distribution of the Unauthorized Media Product.  In the alternative, Plaintiffs may elect to recover statutory damages from each Defendant pursuant to 17 U.S.C. § 504 (c) for each Plaintiffs' Work infringed.

20.   Plaintiffs have no other adequate remedy at law and have suffered and continue to suffer irreparable harm and damage as a result of the above-described acts.  Plaintiffs are informed and believe, and upon that basis allege, that, unless

enjoined by the Court, Defendants' infringing activity will continue, with attendant irreparable harm to Plaintiffs.  Accordingly, Plaintiffs seek preliminary and permanent injunctive relief pursuant to 17 U.S.C § 502 and seizure of the Unauthorized Media Product, including the means of production as provided by 17 U.S.C. § 503.

21.    By reason of the foregoing, Plaintiffs have incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of their claims, which attorneys' fees and costs Plaintiffs are entitled to recover from the Defendants, and each of them, pursuant to 17 U.S.C. § 505.

22.    Plaintiffs are without an adequate remedy at law in that damages are difficult to ascertain and, unless the Defendants' acts are enjoined, Plaintiffs will be irreparably harmed by Defendants' deliberate and systematic infringement of Plaintiffs' rights.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs ask this Court to order that:

1.    Defendants, their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with any of the said Defendants, be immediately and permanently enjoined from directly or indirectly infringing the Plaintiffs' Works in any manner, including generally, but not limited to:

      a. Reproducing, distributing, shipping, selling or offering for distribution or sale unauthorized copies, in any format, of any of the Plaintiffs' Works;

      b. Aiding or abetting the reproduction, distribution, shipment, sale or offer for distribution or sale of any unauthorized copies, in any format, of any of the Plaintiffs' Works; or

    c.  Marketing, advertising and/or promoting any unauthorized copies, in any format, of the Plaintiffs' Works.

2.    That Plaintiffs and their designees are authorized to seize the following items which are in Defendants' possession, custody or control:

    a.  All Unauthorized Media Product;

    b.  Any other unauthorized product which reproduces, copies, counterfeits, imitates or bears any of the Plaintiffs' Works, or any part thereof;

    c.  Any molds, screens, patterns, plates, negatives, machinery or equipment, specifically including computers, servers, optical disc burners and other hardware used for making or manufacturing the Unauthorized Media Product or unauthorized product which reproduces, copies, counterfeits, imitates or bears any of the Plaintiffs' Works, or any part thereof.

3.    Defendants be required to pay actual damages increased to the maximum extent permitted by law and/or statutory damages at Plaintiffs' election;

4.    Defendants be required to account for and pay over to Plaintiffs all damages sustained by Plaintiffs and profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and that those profits be increased as provided by law;

5.    Defendants be required to pay Plaintiffs their costs of this action and reasonable attorneys' fees; and

/ / /

/ / /

/ / /

6.     Plaintiffs be granted all other and further relief the Court may deem just and proper under the circumstances.

Dated:  December 12, 2010     J. Andrew Coombs, A Professional Corp.

By: _____
                           J. Andrew Coombs
                           Nicole L. Drey
Attorneys for Plaintiffs Twentieth Century Fox Film Corporation and Warner Bros. Entertainment Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs Fox and Warner Bros. hereby demand a trial by jury of all issues so triable.

Dated:  December 17, 2010

J. Andrew Coombs, A Professional Corp.

By: _____
      J. Andrew Coombs
      Nicole L. Drey
Attorneys for Plaintiffs Twentieth Century Fox Film Corporation and Warner Bros. Entertainment Inc.

# EXHIBIT "A"

## EXHIBIT "A"
## Copyright Registrations

| Copyright Registration Number: | Title of Work: | Copyright Owner: |
|---|---|---|
| RE 290-585 | Barbarian and the Geisha | Twentieth Century Fox Film Corporation |
| RE 132-234 | Adventures Of Hajji Baba, The | Twentieth Century Fox Film Corporation |
| R 255-642 | State Fair (1933) | Twentieth Century Fox Film Corporation |
| RE 505-362 | State Fair (1962) | Twentieth Century Fox Film Corporation |
| R 320-836 | Steamboat 'Round The Bend (1935) | Twentieth Century Fox Film Corporation |
| R324-212 | Thanks A Million (1935) | Twentieth Century Fox Film Corporation |
| R662-839 | Ticket To Tomahawk, A (1950) | Twentieth Century Fox Film Corporation |
| R 451-268 | Tobacco Road (1941) | Twentieth Century Fox Film Corporation |
| RE 631-918 | War Party (1965) | Twentieth Century Fox Film Corporation |
| R 312-489 | Doubting Thomas (1935) | Twentieth Century Fox Film Corporation |
| RE 94-824 | Farmer Takes A Wife (1953) | Twentieth Century Fox Film Corporation |
| RE 132-239 | Gambler From Natchez, The (1954) | Twentieth Century Fox Film Corporation |
| RE 48-535 | Golden Girl, The (1951) | Twentieth Century Fox Film Corporation |
| R 328-123 | Here Comes Trouble (1936) | Twentieth Century Fox Film Corporation |
| R 320-841 | In Old Kentucky (1935) | Twentieth Century Fox Film Corporation |
| R 497-059 | Jitterbugs (1943) | Twentieth Century Fox Film Corporation |
|  |  |  |

## EXHIBIT "A"
## Copyright Registrations

| | | |
|---|---|---|
| R 458-937 | Belle Starr (1941) | Twentieth Century Fox Film Corporation |
| R 357-025 | Born Reckless (1937) | Twentieth Century Fox Film Corporation |
| RE 237-390 | Cattle Empire (1958) | Twentieth Century Fox Film Corporation |

# EXHIBIT "B"

# EXHIBIT "B"
## Copyright Registrations

| Copyright Registration Number: | Title of Work: | Copyright Owner: |
|---|---|---|
| R291717 | Roberta | Warner Bros. Entertainment Inc. |
| RE43-673 | Pat and Mike | Warner Bros. Entertainment Inc. |
| RE434236 | Gold of the Seven Saints | Warner Bros. Entertainment Inc. |
| | **77 Sunset Strip: Season One** | Warner Bros. Entertainment Inc. |
| RE289074 | 77 Sunset Strip: Girl on the Run | Warner Bros. Entertainment Inc. |
| RE289075 | 77 Sunset Strip: Lovely Lady, Pity Me | Warner Bros. Entertainment Inc. |
| RE289076 | 77 Sunset Strip: A Nice Social Evening | Warner Bros. Entertainment Inc. |
| RE289077 | 77 Sunset Strip: Casualty | Warner Bros. Entertainment Inc. |
| RE289078 | 77 Sunset Strip: The Bouncing Chip | Warner Bros. Entertainment Inc. |
| RE289079 | 77 Sunset Strip: Two and Two Makes Six | Warner Bros. Entertainment Inc. |
| RE289080 | 77 Sunset Strip: All Our Yesterdays | Warner Bros. Entertainment Inc. |
| RE289081 | 77 Sunset Strip: The Well-Selected Frame | Warner Bros. Entertainment Inc. |
| RE289082 | 77 Sunset Strip: The Iron Curtain Caper | Warner Bros. Entertainment Inc. |
| RE289083 | 77 Sunset Strip: Vicious Circle | Warner Bros. Entertainment Inc. |
| RE289084 | 77 Sunset Strip: One False Step | Warner Bros. Entertainment Inc. |
| RE289085 | 77 Sunset Strip: The Court Martial of Johnny Murdo | Warner Bros. Entertainment Inc. |
| RE341438 | 77 Sunset Strip: Hit and Run | Warner Bros. Entertainment Inc. |
| RE341439 | 77 Sunset Strip: Not an Enemy in the World | Warner Bros. Entertainment Inc. |
| RE341440 | 77 Sunset Strip: The Secret of Adam Cain | Warner Bros. Entertainment Inc. |
| RE341441 | 77 Sunset Strip: The Girl Who Couldn't Remember | Warner Bros. Entertainment Inc. |
| RE341442 | 77 Sunset Strip: Dark Vengeance | Warner Bros. Entertainment Inc. |
| RE341443 | 77 Sunset Strip: Conspiracy of Silence | Warner Bros. Entertainment Inc. |
| RE341444 | 77 Sunset Strip: Eyewitness | Warner Bros. Entertainment Inc. |
| RE341445 | 77 Sunset Strip: Lovely Alibi | Warner Bros. Entertainment Inc. |
| RE341446 | 77 Sunset Strip: In | Warner Bros. |

1

## EXHIBIT "B"
## Copyright Registrations

| | | |
|---|---|---|
| | Memoriam | Entertainment Inc. |
| RE341447 | 77 Sunset Strip: The Fifth Stair | Warner Bros. Entertainment Inc. |
| RE341448 | 77 Sunset Strip: The Pasadena Caper | Warner Bros. Entertainment Inc. |
| RE341449 | 77 Sunset Strip: The Hong Kong Caper | Warner Bros. Entertainment Inc. |
| RE341450 | 77 Sunset Strip: A Check Will Do Nicely | Warner Bros. Entertainment Inc. |
| RE341451 | 77 Sunset Strip: The Grandma Caper | Warner Bros. Entertainment Inc. |
| RE341452 | 77 Sunset Strip: Honey from the Bee | Warner Bros. Entertainment Inc. |
| RE341454 | 77 Sunset Strip: Abra-Cadaver | Warner Bros. Entertainment Inc. |
| RE341455 | 77 Sunset Strip: A Bargain in Tombs | Warner Bros. Entertainment Inc. |
| RE341456 | 77 Sunset Strip: The Widow Wouldn't Weep | Warner Bros. Entertainment Inc. |
| RE341457 | 77 Sunset Strip: Downbeat | Warner Bros. Entertainment Inc. |
| RE341458 | 77 Sunset Strip: The Canine Caper | Warner Bros. Entertainment Inc. |
| RE341459 | 77 Sunset Strip: Mr. Paradise | Warner Bros. Entertainment Inc. |
| RE341460 | 77 Sunset Strip: Strange Girl in Town | Warner Bros. Entertainment Inc. |
| | **77 Sunset Strip: Season Two** | Warner Bros. Entertainment Inc. |
| RE341461 | 77 Sunset Strip: Only Zeroes Count | Warner Bros. Entertainment Inc. |
| RE341453 | 77 Sunset Strip: The Kookie Caper | Warner Bros. Entertainment Inc. |
| RE341516 | 77 Sunset Strip: Six Superior Skirts | Warner Bros. Entertainment Inc. |
| RE341517 | 77 Sunset Strip: Clay Pigeon | Warner Bros. Entertainment Inc. |
| RE341518 | 77 Sunset Strip: Thanks for Tomorrow | Warner Bros. Entertainment Inc. |
| RE341519 | 77 Sunset Strip: Sing Something Simple | Warner Bros. Entertainment Inc. |
| RE341520 | 77 Sunset Strip: The Treehouse Caper | Warner Bros. Entertainment Inc. |
| RE341521 | 77 Sunset Strip: Out of the Past | Warner Bros. Entertainment Inc. |
| RE341522 | 77 Sunset Strip: The Widow and the Web | Warner Bros. Entertainment Inc. |
| RE341523 | 77 Sunset Strip: Secret Island | Warner Bros. Entertainment Inc. |
| RE341524 | 77 Sunset Strip: The Texas Doll | Warner Bros. Entertainment Inc. |
| RE341525 | 77 Sunset Strip: Vacation | Warner Bros. |

## EXHIBIT "B"
## Copyright Registrations

| | with Pay | Entertainment Inc. |
|---|---|---|
| RE341526 | 77 Sunset Strip: The Jukebox Caper | Warner Bros. Entertainment Inc. |
| RE341527 | 77 Sunset Strip: Created He Them | Warner Bros. Entertainment Inc. |
| RE341528 | 77 Sunset Strip: Collector's Item | Warner Bros. Entertainment Inc. |
| RE341529 | 77 Sunset Strip: Switchburg | Warner Bros. Entertainment Inc. |
| RE341530 | 77 Sunset Strip: The One That Got Away | Warner Bros. Entertainment Inc. |
| RE374470 | 77 Sunset Strip: Ten Cents a Death | Warner Bros. Entertainment Inc. |
| RE341531 | 77 Sunset Strip: Who Killed Cock Robin | Warner Bros. Entertainment Inc. |
| RE374471 | 77 Sunset Strip: Condor's Lair | Warner Bros. Entertainment Inc. |
| RE374472 | 77 Sunset Strip: The Starlet | Warner Bros. Entertainment Inc. |
| RE374473 | 77 Sunset Strip: Safari | Warner Bros. Entertainment Inc. |
| RE374474 | 77 Sunset Strip: Blackout | Warner Bros. Entertainment Inc. |
| RE374475 | 77 Sunset Strip: The Return to San Dede: Part 1 Desert Story | Warner Bros. Entertainment Inc. |
| RE374476 | 77 Sunset Strip: The Return to San Dede: Part 2 Capitol City | Warner Bros. Entertainment Inc. |
| RE374477 | 77 Sunset Strip: Publicity Brat | Warner Bros. Entertainment Inc. |
| RE374478 | 77 Sunset Strip: The Fix | Warner Bros. Entertainment Inc. |
| RE374480 | 77 Sunset Strip: Legend of Crystal Dart | Warner Bros. Entertainment Inc. |
| RE374479 | 77 Sunset Strip: Stranger Than Fiction | Warner Bros. Entertainment Inc. |
| RE374481 | 77 Sunset Strip: Genesis of Treason | Warner Bros. Entertainment Inc. |
| RE374482 | 77 Sunset Strip: Fraternity of Fear | Warner Bros. Entertainment Inc. |
| RE374483 | 77 Sunset Strip: Spark of Freedom | Warner Bros. Entertainment Inc. |
| RE374183 | 77 Sunset Strip: Perfect Setup | Warner Bros. Entertainment Inc. |
| RE374185 | 77 Sunset Strip: Sierra | Warner Bros. Entertainment Inc. |
| RE374184 | 77 Sunset Strip: The Silent Caper | Warner Bros. Entertainment Inc. |
| RE341532 | 77 Sunset Strip: Family Skeleton | Warner Bros. Entertainment Inc. |
| | **77 Sunset Strip: Season Three** | Warner Bros. Entertainment Inc. |
| RE374186 | 77 Sunset Strip: Attic | Warner Bros. |

3

# EXHIBIT "B"
## Copyright Registrations

| | | Entertainment Inc. |
|---|---|---|
| RE374187 | 77 Sunset Strip: The Fanatics | Warner Bros. Entertainment Inc. |
| RE374188 | 77 Sunset Strip: The President's Daughter | Warner Bros. Entertainment Inc. |
| RE374189 | 77 Sunset Strip: The Office Caper | Warner Bros. Entertainment Inc. |
| RE374278 | 77 Sunset Strip: The Wide-Screen Caper | Warner Bros. Entertainment Inc. |
| RE374279 | 77 Sunset Strip: The Negotiable Blonde | Warner Bros. Entertainment Inc. |
| RE374280 | 77 Sunset Strip: The Laurel Canyon Caper | Warner Bros. Entertainment Inc. |
| RE374281 | 77 Sunset Strip: Double Trouble | Warner Bros. Entertainment Inc. |
| RE374282 | 77 Sunset Strip: Trouble in the Middle East | Warner Bros. Entertainment Inc. |
| RE374500 | 77 Sunset Strip: The Duncan Shrine | Warner Bros. Entertainment Inc. |
| RE376882 | 77 Sunset Strip: The Double Death of Benny Markham | Warner Bros. Entertainment Inc. |
| RE376884 | 77 Sunset Strip: The Antwerp Caper | Warner Bros. Entertainment Inc. |
| RE376883 | 77 Sunset Strip: The Affairs of Adam Gallante | Warner Bros. Entertainment Inc. |
| RE376885 | 77 Sunset Strip: The Valley Caper | Warner Bros. Entertainment Inc. |
| RE376886 | 77 Sunset Strip: The Dresden Doll | Warner Bros. Entertainment Inc. |
| RE376887 | 77 Sunset Strip: The Rice Estate | Warner Bros. Entertainment Inc. |
| RE376888 | 77 Sunset Strip: The Hamlet Caper | Warner Bros. Entertainment Inc. |
| RE376889 | 77 Sunset Strip: The Man in the Mirror | Warner Bros. Entertainment Inc. |
| RE376890 | 77 Sunset Strip: The College Caper | Warner Bros. Entertainment Inc. |
| RE376894 | 77 Sunset Strip: The Positive Negative | Warner Bros. Entertainment Inc. |
| RE376892 | 77 Sunset Strip: The Corsican Caper | Warner Bros. Entertainment Inc. |
| RE378575 | 77 Sunset Strip: Once Upon a Caper | Warner Bros. Entertainment Inc. |
| RE424040 | 77 Sunset Strip: Strange Bedfellows | Warner Bros. Entertainment Inc. |
| RE424041 | 77 Sunset Strip: A Face in the Window | Warner Bros. Entertainment Inc. |
| RE376893 | 77 Sunset Strip: Tiger by the Tail | Warner Bros. Entertainment Inc. |
| RE424042 | 77 Sunset Strip: The Space Caper | Warner Bros. Entertainment Inc. |
| RE424043 | 77 Sunset Strip: Open and Close in One | Warner Bros. Entertainment Inc. |

# EXHIBIT "B"
## Copyright Registrations

| | | |
|---|---|---|
| RE424044 | 77 Sunset Strip: The Legend of Leckonby | Warner Bros. Entertainment Inc. |
| RE424045 | 77 Sunset Strip: Old Card Sharps Never Die | Warner Bros. Entertainment Inc. |
| RE424046 | 77 Sunset Strip: Vamp Til Ready | Warner Bros. Entertainment Inc. |
| RE424047 | 77 Sunset Strip: The Common Denominator | Warner Bros. Entertainment Inc. |
| RE424048 | 77 Sunset Strip: The 6 Out of 8 Caper | Warner Bros. Entertainment Inc. |
| RE424049 | 77 Sunset Strip: The Celluloid Cowboy | Warner Bros. Entertainment Inc. |
| RE424050 | 77 Sunset Strip: The Eyes of Love | Warner Bros. Entertainment Inc. |
| RE424051 | 77 Sunset Strip: Designing Eye | Warner Bros. Entertainment Inc. |
| RE424052 | 77 Sunset Strip: Caper in E Flat | Warner Bros. Entertainment Inc. |
| RE424053 | 77 Sunset Strip: Hot Tamale Caper: Part 1 | Warner Bros. Entertainment Inc. |
| RE424054 | 77 Sunset Strip: Hot Tamale Caper: Part 2 | Warner Bros. Entertainment Inc. |
| RE376891 | 77 Sunset Strip: Mr. Goldilocks | Warner Bros. Entertainment Inc. |
| | **77 Sunset Strip: Season Four** | Warner Bros. Entertainment Inc. |
| RE429203 | 77 Sunset Strip: The Rival Eye Caper | Warner Bros. Entertainment Inc. |
| RE424056 | 77 Sunset Strip: The Desert Spa Caper | Warner Bros. Entertainment Inc. |
| RE424057 | 77 Sunset Strip: The Man in the Crowd | Warner Bros. Entertainment Inc. |
| RE423340 | 77 Sunset Strip: The Inverness Cape Caper | Warner Bros. Entertainment Inc. |
| RE423341 | 77 Sunset Strip: The Lady Has the Answers | Warner Bros. Entertainment Inc. |
| RE423342 | 77 Sunset Strip: The Unremembered | Warner Bros. Entertainment Inc. |
| RE423343 | 77 Sunset Strip: Big Boy Blue | Warner Bros. Entertainment Inc. |
| RE423344 | 77 Sunset Strip: The Cold Cash Caper | Warner Bros. Entertainment Inc. |
| RE423345 | 77 Sunset Strip: The Missing Daddy Caper | Warner Bros. Entertainment Inc. |
| RE423346 | 77 Sunset Strip: The Turning Point | Warner Bros. Entertainment Inc. |
| RE423347 | 77 Sunset Strip: The Deadly Solo | Warner Bros. Entertainment Inc. |
| RE423348 | 77 Sunset Strip: Reserved for Mr. Bailey | Warner Bros. Entertainment Inc. |
| RE423349 | 77 Sunset Strip: The Navy Caper | Warner Bros. Entertainment Inc. |
| RE423350 | 77 Sunset Strip: Bullets for Santa | Warner Bros. Entertainment Inc. |

## EXHIBIT "B"
## Copyright Registrations

| | | |
|---|---|---|
| RE423351 | 77 Sunset Strip: The Chrome Coffin | Warner Bros. Entertainment Inc. |
| RE423352 | 77 Sunset Strip: The Down Under Caper | Warner Bros. Entertainment Inc. |
| RE423353 | 77 Sunset Strip: Mr. Bailey's Honeymoon | Warner Bros. Entertainment Inc. |
| RE479195 | 77 Sunset Strip: Penthouse on Skid Row | Warner Bros. Entertainment Inc. |
| RE423354 | 77 Sunset Strip: The Diplomatic Caper | Warner Bros. Entertainment Inc. |
| RE423355 | 77 Sunset Strip: The Bridal Trail Caper | Warner Bros. Entertainment Inc. |
| RE479196 | 77 Sunset Strip: The Brass Ring Caper | Warner Bros. Entertainment Inc. |
| RE423356 | 77 Sunset Strip: The Bel Air Hermit | Warner Bros. Entertainment Inc. |
| RE423357 | 77 Sunset Strip: The Parallel Caper | Warner Bros. Entertainment Inc. |
| RE423358 | 77 Sunset Strip: Twice Dead | Warner Bros. Entertainment Inc. |
| RE479197 | 77 Sunset Strip: Jennifer | Warner Bros. Entertainment Inc. |
| RE479198 | 77 Sunset Strip: The Baker Street Caper | Warner Bros. Entertainment Inc. |
| RE479199 | 77 Sunset Strip: The Long Shot Caper | Warner Bros. Entertainment Inc. |
| RE479200 | 77 Sunset Strip: Violence for Your Furs | Warner Bros. Entertainment Inc. |
| RE479201 | 77 Sunset Strip: The Pet Shop Caper | Warner Bros. Entertainment Inc. |
| RE479202 | 77 Sunset Strip: The Steerer | Warner Bros. Entertainment Inc. |
| RE479203 | 77 Sunset Strip: Ghost of a Memory | Warner Bros. Entertainment Inc. |
| RE479204 | 77 Sunset Strip: The Disappearance | Warner Bros. Entertainment Inc. |
| RE423359 | 77 Sunset Strip: The Lovely American | Warner Bros. Entertainment Inc. |
| RE479205 | 77 Sunset Strip: The Gemnologist Caper | Warner Bros. Entertainment Inc. |
| RE479206 | 77 Sunset Strip: Flight From Escondido | Warner Bros. Entertainment Inc. |
| RE423360 | 77 Sunset Strip: Dress Rehearsal | Warner Bros. Entertainment Inc. |
| RE479207 | 77 Sunset Strip: Framework for a Badge | Warner Bros. Entertainment Inc. |
| RE479208 | 77 Sunset Strip: Pattern for a Bomb | Warner Bros. Entertainment Inc. |
| RE479209 | 77 Sunset Strip: Upbeat | Warner Bros. Entertainment Inc. |
| RE479210 | 77 Sunset Strip: Nightmare | Warner Bros. Entertainment Inc. |
| RE479211 | 77 Sunset Strip: The Gang's All Here | Warner Bros. Entertainment Inc. |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Jacqueline Nguyen and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

## CV10- 9748 JHN (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=======================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A P.C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Tel.: (818) 500-3200 / Facsimile: (818) 500-3201

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Twentieth Century Fox Film Corporation and Warner Bros. Entertainment Inc.,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Gordon Greenup a/k/a Gordie Greenup, an individual and d/b/a www.bygonevideo.com and Does 1 through 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV10·09748**<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S):  Gordon Greenup a/k/a Gordie Greenup, an individual and d/b/a
www.bygonevideo.com

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney,  J. Andrew Coombs, A P.C. _____, whose address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: DEC 17 2010

By: _____
     **JULIE PRADO**
     Deputy Clerk

     **SEAL**

     (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    SUMMONS

## CIVIL COVER SHEET

**I(a) PLAINTIFFS**

Twentieth Century Fox Film Corporation and Warner Bros. Entertainment Inc.

**DEFENDANTS**

Gordon Greenup a/k/a Gordie Greenup, an individual and d/b/a www.bygonevideo.com and Does 1 through 10, inclusive,

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Los Angeles
( EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

**(c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)**

J. Andrew Coombs (SBN 123881)
J. Andrew Coombs, A P. C.,
517 E. Wilson Ave., Suite 202, Glendale, California 91206
Telephone:  (818) 500-3200 / Facsimile:  (818) 500-3201

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties In Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
(For Diversity Cases Only)                    FOR PLAINTIFF AND ONE FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  ORIGIN** (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multi-district Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**V.  REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A  CLASS ACTION UNDER F.R.C.P. 23  DEMAND $       Check YES only if demanded in complaint: **JURY DEMAND:** ☒ YES  ☐ NO

**VI.  CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Copyright infringement 17 U.S.C. §§ 101, et seq.

**VII.  NATURE OF SUIT**    (PLACE AN x IN ONE BOX ONLY)

| OTHER STATUTES | CONTRACT | TORTS — PERSONAL INJURY | TORTS — PERSONAL INJURY | FORFEITURE / PENALTY | BANKRUPTCY |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 830 Patent |
| ☐ 810 Selective Service | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety /Health | ☐ 840 Trademark |
| ☐ 850 Securities/Commodities/ Exchange | | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | SOCIAL SECURITY |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Information Act | ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 220 Foreclosure | ☐ 442 Employment | Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | |
| ☐ 890 Other Statutory Actions | ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus/ Other | | |
| | ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | |
| | | | ☐ 555 Prison Condition | | |

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☐YES  ☒NO

If yes, list case number(s): _____

CV10-09748

CV-71  (10/01)                               CIVIL COVER SHEET                               Page 1 of 2

**FOR OFFICE USE ONLY:**    ☐ *Pro Hac Vice fee:* ☐ *paid*  ☐ *not paid*

Applying IFP _____   Judge _____   Mag. Judge _____

**CIVIL COVER SHEET**
(Reverse Side)

AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☐YES ☒NO

If yes, list case number(s): _____

CIVIL CASES ARE DEEMED RELATED IF A PREVIOUSLY FILED CASE AND THE PRESENT CASE:
(CHECK ALL BOXES THAT APPLY)  ☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;

☐ B. Involve the same or substantially the same parties or property;

☐ C. Involve the same patent, trademark or copyright;

☐ D. Call for determination of the same or substantially identical questions of law, or

☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED PLAINTIFF.

Los Angeles County

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED DEFENDANT.

Kentucky

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
**NOTE:** In land condemnation cases, use the location of the tract of land involved.

Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER): X** _____   Date 12-17-10

NOTICE TO COUNSEL/PARTIES:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| NATURE OF SUIT CODE | ABBREVIATION | SUBSTANTIVE STATEMENT OF CAUSE OF ACTION |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |